In the Matter of UNITED AUTOGRAPHIC REGISTER COMPANY, Appellant, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.

Argued January 6, 1941; decided January 23, 1941.

*Newton K. Fox* for appellant.

*William C. Chanler, Corporation Counsel (Sol Charles Levine* and *Edmund B. Hennefeld* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, CONWAY and DESMOND, JJ. Dissenting: RIPPEY and LEWIS, JJ.